

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GABRIEL BECERRA,

          **Plaintiff,**

v.                                                                                NO. 1:20 CV 20-1260 KG

THE CITY OF ALBUQUERQUE, et al

          **Defendants.**

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT MIKE GEIER'S MOTION TO DISMISS

**COMES NOW** Plaintiff Gabriel Becerra ("Plaintiff"), *pro se*, files his Response in Opposition to Defendant Mike Geier's Motion to Dismiss. In support Plaintiff states the following:

1. Plaintiff opposes Defendant Michael Geier's Motion to Dismiss filed by his attorney Jerry Walz and Associates.

2. Plaintiff adopts and incorporates his entire February 26, 2021 Cross Motion and Memorandum for Summary Judgment with Exhibits filed with the Court as though fully restated herein.

3. Plaintiff's February 26, 2021 Cross Motion and Memorandum for Summary Judgment with Exhibits speaks for itself.

WHEREFORE, for the foregoing reasons, Defendant Mike Geier's Motion to Dismiss must be denied.

Dated: March 2, 2021                                      Respectfully Submitted,

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                /s/ Gabriel Becerra
                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       Gabriel Becerra
                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        Plaintiff, *pro se*

928 Crane Dr SW<br>
Albuquerque, NM 87121<br>
(505) 252-2056

## CERTIFICATES OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Plaintiff's Response in Opposition to Defendant Mike Geier's Motion to Dismiss along with this Certificate of Service was mailed to attorneys of record for City Defendants – Jonlyn Martinez, 105 14th St SW, Albuquerque, NM 87102 on this 2nd day of March 2021.

I HEREBY CERTIFY that a true and correct copy of Plaintiff's Response in Opposition to Defendant Mike Geier's Motion to Dismiss along with this Certificate of Service was mailed to attorneys of record for Defendant Mike Geier – Jerry Walz and Associates, P.C., 133 Eubank Blvd NE, Albuquerque, NM 87123 this 2nd day of March 2021.

_____
Gabriel Becerra

Please file for Plaintiff
Gabriel Becerra
NO. 1:20 cv 20-1260 KG

RECEIVED Dropbox
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 02 2021
MITCHELL R. ELFERS
CLERK