IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GABRIEL BECERRA,

      Plaintiff,

v.                                      Civ. No. 20-1260 KG/GJF

THE CITY OF ALBUQUERQUE,
ALBUQUERQUE POLICE OFFICERS
DAVID HENRY and WAYNE MCCUMBER,
CIVILIAN POLICE OVERSIGHT AGENCY
INVESTIGATOR ERIN ONEAL,
CIVILIAN POLICE OVERSIGHT AGENCY
EXECUTIVE DIRECTOR EDWARD HARNESS, Esq.,
ALBUQUERQUE POLICE CHIEF MIKE GEIER, and
ALBUQUERQUE CHIEF ADMINISTRATOR OFFICER
SARITA NAIR,

      Defendants.

FINAL JUDGMENT

Having granted the City Defendants' Motion to Dismiss (Doc. 14) and Chief Geier's

Motion to Dismiss (Doc. 36) by contemporaneously filed Memorandum Opinion and Order, and

pursuant to Federal Rule of Civil Procedure 58(a), this Court issues its separate judgment

disposing of this civil case.

IT IS ORDERED that:

1.      All counts asserted against the City Defendants are dismissed without prejudice

for failure to state a claim upon which relief can be granted;

2.      All counts asserted against Chief Geier are dismissed without prejudice for failure

to state a claim upon which relief can be granted; and

3.      This case is hereby closed.

                                              _____
                                        UNITED STATES DISTRICT JUDGE